UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-mc-00410

IN RE: OSB ANTITRUST LITIGATION )
)
)
THIS DOCUMENT RELATES TO: )
All Indirect Purchaser Actions. )
)

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the parties' Joint Motion for Dismissal With Prejudice (Doc. No. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause shown, the Court finds that the Joint Motion is **GRANTED**. This matter is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Signed: April 2, 2009

Robert J. Conrad, Jr.
Chief United States District Judge